# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 15-1504 Contract Associates, Inc. v. Senem Atalay et al. |
| **Originating No. & Caption** | 1:14-cv-00882-LO-MSN Contract Associates Inc. v. Atalay et al. |
| **Originating Court/Agency** | U.S. District Court for the E.D. of Virginia (Alexandria) |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 USC 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | April 10, 15 and 27, 2015 | |
| Date notice of appeal or petition for review filed | May 8, 2015 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | April 13, 2015 | |
| Date order entered disposing of any post-judgment motion | April 27, 2015 | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.)

| | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/27/2015
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ○ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Former employer CAI sued current shareholder (Atalay) and former employee (Spade) when they started a competing business while still owing duty to CAI. Claims were stated for breach of fiduciary duty, tortious interference with contract and expectancies, violation of the Virginia Uniform Trade Secrets Act and statutory conspiracy. On cross motions for summary judgment, the court below granted defendants' motion and denied CAI's motion. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1. Did the lower court err when it held that Atalay as a shareholder in a closely-held corporation did not owe any duty or breach any duties owed to CAI post-termination of employment even while maintaining her ownership of 25% of the company stock.<br><br>2. Did the lower court err in granting sumamry judment for defendants on the breach of fiduciary duty claim.<br><br>3. Did the lower court err in granting summary judgment on the tortious interference with contract claim.<br><br>4. Did the lower court err in granting summary judgment on the tortious interference with future expectancies claim.<br><br>5. Did the lower court err in granting summary judgment on the statutory conspiracy claim.<br><br>6. Did the lower court err in granting summary judgment on the VUTSA claim.<br><br>7. Did the lower court err in denying CAI's Motion to Alter or Amend the judgment. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys, provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: **Senem Atalay** | Adverse Party: **Michael Spade** |
| Attorney: **Jeffery T. Martin Jr.**<br>Address: **Henry & O'Donnell**<br>        **300 North Washington Street**<br>        **Alexandria, VA 22314** | Attorney: **same**<br>Address: |
| E-mail: **jtm@henrylaw.com** | E-mail: |
| Phone: **703-548-2100** | Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party: **Contract Associates of Maryland** | Adverse Party: **Atalay and Spade Group, LLC** |
| Attorney: **same**<br>Address: | Attorney: **same**<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| Appellant (Attach additional page if necessary.) | |
|---|---|
| Name: Contract Associates, Inc.<br><br>Attorney: David Hudgins/Sean McDonough<br>Address: Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, VA 22314<br><br>E-mail: smcdonough@hudginslawfirm.com<br><br>Phone: 703-739-3300 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: /s/ Sean C.E. McDonough          Date: May 12, 2015

Counsel for: Contract Associates, Inc.

**Certificate of Service**: I certify that on ___May 12, 2015___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Jeffery T. Martin Jr.<br>Henry & O'Donnell<br>300 North Washington Street<br>Alexandria, VA 22314 | |

Signature: /s/ Sean C.E. McDonough          Date: May 12, 2015